AO 91 (Rev. 11/11) Criminal Complaint                                   AUSA Robert Ladd (815) 987-4478

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.

ZACHARIAH G. SCHNEIDER

CASE NUMBER: **26CR50018**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about March 30, 2026, at Rochelle, in the Northern District of Illinois, Western Division, and elsewhere, ZACHARIAH G. SCHNEIDER, the defendant, violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841 | Delivery of a controlled substance, namely, 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance |

This criminal complaint is based upon these facts:

 X  Continued on the attached sheet.

*Nicholas Albert*

NICHOLAS ALBERT
Special Agent, Drug Enforcement Administration
(DEA)

Sworn to before me and signed in my presence.

Date: March 31, 2026

_____
*Judge's signature*

City and state: Rockford, Illinois

MICHAEL F. IASPARRO, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, NICHOLAS ALBERT, being duly sworn, state as follows:

1.     I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed for ten years.  My current responsibilities include the investigation of narcotics trafficking offenses.

2.     As part of my duties as a DEA Special Agent, I investigate criminal violations relating to narcotics trafficking offenses, including criminal violations of the Federal Controlled Substance laws, including, but not limited to Title 21, United States Code, Sections 841, 843, 846, 848, 952 and 963. I have been involved with various electronic surveillance methods, the debriefing of defendants, informants, and witnesses, as well as others who have knowledge of the distribution, transportation, storage, and importation of controlled substances.

3.     I have received training in the area of narcotics investigations, money laundering, financial investigations and various methods which drug dealers use in an effort to conceal and launder the proceeds of their illicit drug trafficking enterprises. I have participated in numerous investigations involving violations of narcotics laws.

4.     I have participated in investigations that have led to the issuance of search warrants involving violations of narcotic laws. These warrants involved the search of locations including: residences of targets, their associates and relatives,

"stash houses" (houses used as drug/money storage locations), storage facilities, bank safe deposit boxes, cellular/camera phones, and computers. Evidence, searched for, and recovered in these locations has included controlled substances, records pertaining to the expenditures and profits realized there from, monetary instruments, and various other assets that were purchased with the proceeds of the drug trafficking. I have participated in the execution of multiple federal search warrants.

5.      This affidavit is submitted in support of a criminal complaint alleging that ZACHARIAH G. SCHNEIDER has violated Title 21, United States Code, Section 841(a).   Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging SCHNEIDER with distribution of a controlled substance, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

6.      The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from people with knowledge regarding relevant facts.

7.      Since February 2026, the DEA and the Ogle County Sheriff's Office (OCSO) Special Operations Unit (SOU) have been investigating the distribution of methamphetamine by SCHNEIDER.  An undercover officer (UC) of the SOU has

conducted two controlled purchases of methamphetamine over the past few weeks from SCHNEIDER.

8.     Since the last controlled purchase, the UC has negotiated with SCHNEIDER to purchase eight ounces of methamphetamine.

9.     On March 29, 2026, at approximately 12:41 P.M., the UC and SCHNEIDER exchanged the following text messages:

UC: Did you get it?

SCHNEIDER:  All good

UC: Good. Your bringing it to rochelle tomorrow right

SCHNEIDER:  Yep

UC:  Ok

UC:  Afternoon?

SCHNEIDER:  Yep

UC:  Ok

10.     On March 30, 2026, the UC and SCHNEIDER continued to discuss the time at which SCHNEIDER would arrive in Rochelle.  At 8:50 A.M., the UC and SCHNEIDER exchanged the following text messages:

UC:  Send me a picture of it

SCHNEIDER:  Sending it now

11.     The UC then received two photographs of two zip lock baggies containing purported methamphetamine.

12. During those conversations, SCHNEIDER stated he would be driven to the transaction by a friend in a black Honda Accord and would arrive at a Petro gas station on Petro Road in Rochelle, Illinois at around 4:40 P.M.

13. At 4:39 P.M., SA Albert observed a black Honda Accord, west bound, on IL Rt. 38 near Petro Road. SA Albert observed the Honda drive into the Petro gas station parking lot and park at the gas station pumps on the west side of the building.

14. SA Albert observed the passenger exit the Honda and recognized him as SCHNEIDER. SA Albert also observed the driver (Individual A) exit the vehicle. Both subjects went to the rear of the vehicle and opened the trunk.

15. SCHNEIDER continued to move items around in the trunk. SCHNEIDER then closed the trunk and entered the Petro gas station.

16. A short time later, SCHNEIDER exited the Petro gas station and met with the UC in the undercover vehicle.

17. While inside the undercover vehicle, SCHNEIDER delivered the previously-discussed methamphetamine to the UC. The UC stepped out of the undercover vehicle in order to count the money to pay SCHNEIDER for the methamphetamine.

18. Once the UC was in possession of the methamphetamine, a law enforcement arrest team approached the undercover vehicle and arrested SCHNEIDER.

19. As this was occurring, another arrest team approached the Honda and detained Individual A.

20. Officers observed in plain view in the back of the Honda a small safe.

21. SA Albert spoke with Individual A who stated he/she was giving SCHNEIDER a ride from Chicago to meet someone at the Petro gas station. Individual A observed SCHNEIDER enter the undercover vehicle.

22. SA Albert spoke to SCHNEIDER. SCHNEIDER stated that Individual A did not know about the methamphetamine he was selling. SCHNEIDER admitted that the safe in the trunk of the Honda belonged to him and that additional controlled substances (including morphine and gamma hydroxybutyrate ("GHB")) were in the safe.

23. During a recorded interview with SCHNEIDER, SCHNEIDER advised that he had sold methamphetamine to the UC on three different occasions (including today). SCHNEIDER admitted to selling two ounces, four ounces, and around eight ounces of methamphetamine in those three transactions.

24. Law enforcement weighed and field-tested the methamphetamine obtained from SCHNEIDER by the UC in the undercover vehicle. The substance obtained from SCHNEIDER weighed approximately 216 grams and field-tested positive for the presumptive presence of methamphetamine.

25. SCHNEIDER provided consent to search the safe located in the trunk of the Honda. Law enforcement located morphine and GHB in the safe.

26. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that on or about March 30, 2026 at Rochelle, in the Northern District

of Illinois, Western Division, and elsewhere, SCHNEIDER committed the offense of

distribution of a controlled substance (methamphetamine).

FURTHER AFFIANT SAYETH NOT.

NICHOLAS ALBERT
Special     Agent,     Drug     Enforcement
Administration

SUBSCRIBED AND SWORN to before me on March 31, 2026.

Honorable MICHAEL F. IASPARRO
United States Magistrate Judge